# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JERRY R. LAWSON,                  :

      Plaintiff,                 :                Case No. C-3-96-163

                                        :                District Judge Walter Herbert Rice
    -vs-                                                    Magistrate Judge Michael R. Merz
                                        :

WARDEN, MANSFIELD
 CORRECTIONAL INSTITUTION :

      Defendant.                 :

## ORDER

This case is before the Court on remand from the United States Court of Appeals for the Sixth Circuit pursuant to Fed. R. App. P. 12.1(b) (Doc. No. 288). On Petitioner's Motion to Amend (Doc. No. 284), the Magistrate Judge entered a Provisional Decision and Order (Doc. No. 287) indicating that, if the Court of Appeals permitted by remand, this Court "would vacate its judgment, permit the proposed amendment, and adjudicate Petitioner's *Atkins* claim." *Id.* at 2-3.

The Court of Appeals has reminded the parties and this Court that it retains jurisdiction of the appeals pursuant to Fed. R. App. P. 12.1(b) and did not dismiss the appeals. Having considered that fact and the status of this matter, it appears to the Court appropriate to permit Petitioner to raise his *Atkins* claim by a supplemental, rather than an amended, petition. The *Atkins* claim arose after final judgment was entered in this case. Per Fed. R. Civ. P. 15(d), a supplemental pleading is the proper way to raise a claim which arises after an initial pleading is filed.

Therefore, consistent with the Remand Order and Fed. R. Civ. P. 15, Petitioner may, not later than March 1, 2010, file a supplemental petition in habeas corpus raising the Atkins claim which he has now exhausted in the Ohio courts. This Court's prior final judgment in the case, which has been appealed and cross-appealed, remains final.

February 5, 2010.

                                            s/ **Michael R. Merz**
                                          United States Magistrate Judge